**Order entered August 15, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00155-CR

## MICHAEL RYAN WARNER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F18-75393-Y**

### ORDER

Before the Court is appellant's August 12, 2022 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by August 26, 2022.

/s/    BILL PEDERSEN, III
        JUSTICE